IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

JONATHAN EDDIE WHITAKER,       *

    Petitioner,               *

vs.                            *
                                        CASE NO. 4:10-CV-12 (CDL)
BRIAN OWENS, et al.,           *

    Respondents.              *

## ORDER ON RECOMMENDATION OF DISMISSAL

After a *de novo* review of the record in this case, the Recommendation of Dismissal filed by the United States Magistrate Judge on September 20, 2010 is hereby approved, adopted, and made the Order of the Court.

The objections of the Petitioner have been considered and are found to be without merit.

IT IS SO ORDERED, this 2nd day of November, 2010.

                                                            S/Clay D. Land
                                                              CLAY D. LAND
                                                   UNITED STATES DISTRICT JUDGE